[NOT FOR PUBLICATION–NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 00-1732

WILFRED ROY FRENCH,

Plaintiff, Appellant,

v.

DEPARTMENT OF CORRECTIONS FOR
THE STATE OF MASSACHUSETTS, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nancy Gertner, U.S. District Judge]

Before

Boudin, Chief Judge,
Selya and Lynch, Circuit Judges.

Wilfred Roy French on brief pro se.
Bruce R. Henry and Morrison, Mahoney & Miller on brief for
appellees, Correctional Medical Services, E. Morgan Vigeron,
Jr., M.D. and Arthur K. Brewer, M.D.

**August 1, 2001**

**Per Curiam**.    Wilfred Roy French has appealed a district court judgment granting summary judgment in favor of the defendants.    We review the district court's grant of summary judgment de novo.    Manarite v. City of Springfield, 957 F.2d 953, 955 (1st Cir.), cert. denied, 506 U.S. 837 (1992).    Upon review of the parties' briefs and the record on appeal, we affirm the district court judgment, essentially for the reasons stated in the district court's memorandum and order, dated March 28, 2000.[1]

Apart from his appellate brief, French has filed a motion asking for leave to file a "supplemental exhibit."    Our review is confined to the record on appeal and we do not ordinarily consider material that was not presented to the court below.    See Fed. R. App. P. 10(a).    The motion is, therefore, denied.    We add that, in any event, consideration of that exhibit would not affect the outcome of this appeal.

The judgment of the district court is affirmed.

---

[1] We grant the motion of defendant-appellee Tim Hall for leave to join the brief filed by his co-defendants-appellees.